```
                               United States Bankruptcy Court
                               Middle District of Pennsylvania
In re:                                                              Case No. 18-00755-RNO
John E. Redman, III                                                 Chapter 13
         Debtor                   CERTIFICATE OF NOTICE
District/off: 0314-5         User: JGoodling              Page 1 of 2          Date Rcvd: Apr 11, 2018
                             Form ID: ntcnfhrg            Total Noticed: 21


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 13, 2018.
db             John E. Redman, III,    802 Kashmer St,    Peckville, PA 18452-2116
5027502       ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court: Bank of America,    PO Box 982234,    El Paso, TX 79998-2234)
5027503        Best Buy Credit Services,    PO Box 790441,    Saint Louis, MO 63179-0441
5027504        Capital One,    Bankruptcy Dept,    PO Box 30285,   Salt Lake City, UT 84130-0285
5027505       +Chase Cardmember Service,    PO Box 17280,    Wilmington, DE 19850-7280
5027506        Citi Diamond Preferred Card,    PO Box 6500 Box 6500,     Sioux Falls, SD 57117-6500
5027501     ++++DORAN & DORAN PC,    67-69 PUBLIC SQ STE 700,    WILKES BARRE PA 18701-2515
               (address filed with court: Doran & Doran PC,    69 Public Sq Ste 700,
                Wilkes-Barre, PA 18701-2588)
5027508        Marriott Rewards Card,    Cardmember Services,    PO Box 1423,    Charlotte, NC 28201-1423
5027509       +NET Federal Credit Union,    920 Oak St,    Scranton, PA 18508-1291
5027510        Quicken Loans,    PO Box 442359,    Detroit, MI 48244-2359
5027500        Redman John E III,    802 Kashmer St,    Peckville, PA 18452-2116
5027511        Southeastern Toyota Finance,    Attn: Bankruptcy Dept,    PO Box 168088,    Irving, TX 75016-8088
5027513       ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
               (address filed with court: Toyota Financial Services,    PO Box 8026,
                Cedar Rapids, IA 52408-8026)
5035704       +Toyota Motor Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013
5037456        Wells Fargo Bank, N.A.,    Default Document Processing,    N9286-01Y,    1000 Blue Gentian Road,
                Eagan, MN, 55121-7700
5027514        Wells Fargo Home Mortgage,    Customer Services,    PO Box 10335,    Sioux Falls, SD 57117-5943
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
5027507        E-mail/Text: mrdiscen@discover.com Apr 11 2018 19:15:42      Discover Card,    PO Box 30943,
                Salt Lake City, UT 84130-0943
5030083        E-mail/Text: mrdiscen@discover.com Apr 11 2018 19:15:42      Discover Bank,
                Discover Products Inc,    PO Box 3025,    New Albany, OH 43054-3025
5028137       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 11 2018 19:28:39
                PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
5038251       +E-mail/Text: bankruptcyteam@quickenloans.com Apr 11 2018 19:16:18      Quicken Loans Inc.,
                635 Woodward Avenue,    Detroit, MI 48226-3408
5027512        E-mail/PDF: gecsedi@recoverycorp.com Apr 11 2018 19:13:25      Synchrony Bank/Sam's Club,
                Attn: Sam's Club,    PO Box 965060,    Orlando, FL 32896-5060
                                                                                              TOTAL: 5

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*           +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                 TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 13, 2018                                           Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 11, 2018 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              James Warmbrodt   on behalf of Creditor   Quicken Loans Inc. bkgroup@kmllawgroup.com
              Jodi L Hause   on behalf of Creditor   Wells Fargo Bank, N.A. jodi.hause@phelanhallinan.com,
               pamb@fedphe.com
              Lisa M. Doran    on behalf of Debtor 1 John E. Redman, III ldoran@doranandoran.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
        United States Trustee    ustpregion03.ha.ecf@usdoj.gov
        TOTAL: 5

ntcnfhrg (04/17)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| | |
|---|---|
| John E. Redman III<br>aka John E. Redman<br>Debtor(s) | Chapter 13<br>Case No. 5:18−bk−00755−RNO |

## Notice

The confirmation hearing has been scheduled for the Debtor on the date indicated below.

A deadline of **June 6, 2018** has been set for objections to confirmation of the Plan. Any objections to confirmation of the Plan will be heard at this hearing. Counsel should be prepared to proceed with said hearing on any unresolved objections to the plan at this time.

| | |
|---|---|
| United States Bankruptcy Court Courtroom #2, Max Rosenn US Courthouse, 197 South Main Street, Wilkes−Barre, PA 18701 | Date: June 13, 2018<br>Time: 09:30 AM |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074−1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>U.S. Bankruptcy Court<br>274 Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes−Barre, PA 18701<br>(570) 831−2500 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: JGoodling, Deputy Clerk |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: April 11, 2018 |