```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
In re:                                                                   Case No. 18-00755-RNO
John E. Redman, III                                                      Chapter 13
        Debtor                      CERTIFICATE OF NOTICE
District/off: 0314-5         User: JGoodling            Page 1 of 2            Date Rcvd: Apr 11, 2018
                             Form ID: pdf002            Total Noticed: 21
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 13, 2018.
```
db             John E. Redman, III,    802 Kashmer St,    Peckville, PA  18452-2116
5027502       ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
              (address filed with court: Bank of America,     PO Box 982234,     El Paso, TX  79998-2234)
5027503        Best Buy Credit Services,    PO Box 790441,    Saint Louis, MO  63179-0441
5027504        Capital One,   Bankruptcy Dept,    PO Box 30285,    Salt Lake City, UT  84130-0285
5027505       +Chase Cardmember Service,    PO Box 17280,    Wilmington, DE 19850-7280
5027506        Citi Diamond Preferred Card,    PO Box 6500 Box 6500,    Sioux Falls, SD  57117-6500
5027501     ++++DORAN & DORAN PC,    67-69 PUBLIC SQ STE 700,    WILKES BARRE PA  18701-2515
              (address filed with court: Doran & Doran PC,     69 Public Sq Ste 700,
                Wilkes-Barre, PA  18701-2588
5027508        Marriott Rewards Card,    Cardmember Services,    PO Box 1423,    Charlotte, NC  28201-1423
5027509       +NET Federal Credit Union,    920 Oak St,    Scranton, PA 18508-1291
5027510        Quicken Loans,    PO Box 442359,    Detroit, MI  48244-2359
5027500        Redman John E III,    802 Kashmer St,    Peckville, PA  18452-2116
5027511        Southeastern Toyota Finance,    Attn: Bankruptcy Dept,    PO Box 168088,    Irving, TX  75016-8088
5027513       ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
              (address filed with court: Toyota Financial Services,     PO Box 8026,
                Cedar Rapids, IA  52408-8026)
5035704       +Toyota Motor Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013
5037456        Wells Fargo Bank, N.A.,    Default Document Processing,    N9286-01Y,    1000 Blue Gentian Road,
                Eagan, MN, 55121-7700
5027514        Wells Fargo Home Mortgage,    Customer Services,    PO Box 10335,    Sioux Falls, SD  57117-5943
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
5027507        E-mail/Text: mrdiscen@discover.com Apr 11 2018 19:15:42     Discover Card,    PO Box 30943,
                Salt Lake City, UT  84130-0943
5030083        E-mail/Text: mrdiscen@discover.com Apr 11 2018 19:15:42     Discover Bank,
                Discover Products Inc,    PO Box 3025,    New Albany, OH  43054-3025
5028137       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 11 2018 19:12:59
                PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
5038251       +E-mail/Text: bankruptcyteam@quickenloans.com Apr 11 2018 19:16:18     Quicken Loans Inc.,
                635 Woodward Avenue,    Detroit, MI 48226-3408
5027512        E-mail/PDF: gecsedi@recoverycorp.com Apr 11 2018 19:13:26     Synchrony Bank/Sam's Club,
                Attn: Sam's Club,    PO Box 965060,    Orlando, FL  32896-5060
                                                                                             TOTAL: 5

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*           +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                  TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 13, 2018                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 11, 2018 at the address(es) listed below:
```
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              James Warmbrodt    on behalf of Creditor   Quicken Loans Inc. bkgroup@kmllawgroup.com
              Jodi L Hause    on behalf of Creditor   Wells Fargo Bank, N.A. jodi.hause@phelanhallinan.com,
                pamb@fedphe.com
              Lisa M. Doran    on behalf of Debtor 1 John E. Redman, III ldoran@doranddoran.com
```

District/off: 0314-5        User: JGoodling         Page 2 of 2              Date Rcvd: Apr 11, 2018
                            Form ID: pdf002         Total Noticed: 21

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                        TOTAL: 5

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: : CHAPTER 13

JOHN E. REDMAN, III : CASE NO. 5-18-bk-00755

Debtor(s)

: __X__ ORIGINAL PLAN
: _____ AMENDED PLAN
:       (indicate 1st, 2nd, 3rd, etc.)
: _____ Number of Motions to Avoid Liens
: _____ Number of Motions to Value
:       Collateral

### CHAPTER 13 PLAN

### NOTICES

Debtors must check one box on each line to state whether or not the plan includes each of the following items. If an item is checked as "Not Included" or if both boxes are checked or if neither box is checked, the provision will be ineffective if set out later in the plan.

| 1 | The plan contains nonstandard provisions, set out in §9, which are not included in the standard plan as approved by the U.S. Bankruptcy Court for the Middle District of Pennsylvania. | ■ Included | ☐ Not Included |
|---|---|---|---|
| 2 | The plan contains a limit on the amount of a secured claim, set out in § 2.E. which may result in a partial payment or no payment at all to the secured creditor. | ☐ Included | ■ Not Included |
| 3 | The plan avoids a judicial lien or nonpossessory, nonpurchase-money security interest, set out in § 2.G. | ☐ Included | ■ Not Included |

### YOUR RIGHTS WILL BE AFFECTED

READ THIS PLAN CAREFULLY. If you oppose any provision of this plan you must file a timely written objection. This plan may be confirmed and become binding on you without further notice or hearing unless a written objection is filed before the deadline stated on the Notice issued in connection with the filing of the plan.

1. **PLAN FUNDING AND LENGTH OF PLAN**

    A. **Plan Payments From Future Income**

    1. To date, the Debtor paid $_0_ (enter $0 if no payments have been made to the Trustee to date). Debtor shall pay to the Trustee for the remaining term of the plan the following payments. If applicable, in addition to monthly plan payments, Debtor shall make conduit payments through the Trustee as set forth below. The total base

1

plan is $ *see "Total Payments" in chart below* plus other payments and property stated in § 1B below:

| Start mm/yy | End Mm/yy | Plan Payment | Estimated Conduit Payment | Total Monthly Payment | Total Payment Over Plan Tier |
|---|---|---|---|---|---|
| 3/2018 | 2/2023 | $350.00 | $0 | $350.00 | $ 21,000.00 |
| | | | | Total Payments: | $ 21,000.00 |

2. If the plan provides for conduit mortgage payments, and the mortgagee notifies the Trustee that a different payment is due, the Trustee shall notify the Debtor and any attorney for the Debtor, in writing, to adjust the conduit payments and the plan funding. Debtor must pay all post-petition mortgage payments that come due before the initiation of conduit mortgage payments.

3. Debtor shall ensure that any wage attachments are adjusted when necessary to conform to the terms of the plan.

4. CHECK ONE: (   ) Debtor is at or under median income. *If this line is checked, the rest of §1.A.4 need not be completed or reproduced.*

( X ) Debtor is over median income. Debtor calculates that a minimum of $ 15,265.20 must be paid to allowed unsecured creditors in order to comply with the Means Test.

B. **Additional Plan Funding From Liquidation of Assets/Other**

1. The Debtor estimates that the liquidation value of this estate is $ 6,321.43. (Liquidation value is calculated as the value of all non-exempt assets after the deduction of valid liens and encumbrances and before the deduction of Trustee fees and priority claims.)

Check one of the following two lines:

__X__ No assets will be liquidated. *If this line is checked, the rest of § 1.B need not be completed or reproduced.*

2. In addition to the above specified plan payments, Debtor shall dedicate to the plan proceeds in the estimated amount of $_____ from the sale of property known and designated as _____. All sales shall be completed by ____, 20___. If the property does not sell by the date specified, then the disposition of the property shall be as follows: _____

3. Other payments from any source(s) (describe specifically) shall be paid to the Trustee as follows: *If the Debtor receives any annual bonus from his employer during the term of the plan, all of the net bonus received will be paid into the plan.*

2

2. **SECURED CLAIMS**

   A. <u>Pre-Confirmation Distributions.</u> *Check one:*

   __X__ None. *If "None" is checked, the rest of § 2.A need not be completed or reproduced.*

   B. <u>Mortgages (including Claims Secured by Debtor's Principal Residence) and Other Direct Payments by Debtor.</u> *Check one*

   _____ None. *If "None" is checked, the rest of § 2.B need not be completed or reproduced.*

   __X__ Payments will be made by the Debtor directly to the creditor according to the original contract terms, and without modification of those terms unless otherwise agreed to by the contracting parties. All liens survive the plan if not avoided or paid in full under the plan.

   | Name of Creditor | Description of Collateral | Last Four Digits of Account Number |
   |---|---|---|
   | WELLS FARGO HOME MORTGAGE | 802 Kashmer St, Peckville, PA | 8885 |

   C. <u>Arrears (including but not limited to, claims secured by Debtor's principal residence).</u> *Check one.*

   __X__ None. *If "None" is checked, the rest of § 2.C need not be completed or reproduced.*

   D. <u>Other secured claims (conduit payments and claims for which a §506 valuation is not applicable, etc)</u>

   __X__ None. *If "None" is checked, the rest of § 2.D need not be completed or reproduced*

   E. <u>Secured claims for which a §506 valuation is applicable.</u> *Check one*

   __X__ None. *If "None" is checked, the rest of § 2.E need not be completed or reproduced.*

   F. <u>Surrender of Collateral:</u> *Check one*

   __X__ None. *If "None" is checked, the rest of § 2.F need not be completed or reproduced.*

3

G. **Lien Avoidance.** Do not use for mortgages or for statutory liens, such as tax liens *Check one.*

   __X__ None. *If "None" is checked, the rest of § 2.G need not be completed or reproduced.*

3. **PRIORITY CLAIMS**

   A. **Administrative Claims**

   1. **Trustee Fees.** Percentage fees payable to the Trustee will be paid at the rate fixed by the United States Trustee.

   2. **Attorney fees.** Complete only one of the following options:
      a. In addition to the retainer of $____ already paid by the Debtor, the amount of $____ in the plan. This represents the unpaid balance of the presumptively reasonable fee specified in L.B.R. 2016-2(c); or

      b. $ __285.00__ per hour, with the hourly rate to be adjusted in accordance with the terms of the written fee agreement between the Debtor and the attorney. Payment of such lodestar compensation shall require a separate fee application with the compensation approved by the Court pursuant to L.B.R.. 2016-2(b).

   3. **Other** Other administrative claims not included in §§3.A.1 or 3.A.2 above. *Check one of the following two lines:*

      __X__ None. *If "None" is checked, the rest of § 3.A.3 need not be completed or reproduced.*

   B. **Priority Claims (including but not limited to, Domestic Support Obligations other than those treated in §3.C below.** *Check one of the following two lines:*

      __X__ None. *If "None" is checked, the rest of § 3.B need not be completed or reproduced.*

      _____ Allowed unsecured claims, including domestic support obligations, entitled to priority under § 1322(a) will be paid in full unless modified under §9

| Name of Creditor | Estimated Total Payment |
|---|---|
| $ | |

   C. **Domestic Support Obligations assigned to or owed to a governmental unit under 11 U.S.C. §507(a)(1)(B).** *Check one of the following two lines:*

      __X__ None. *If "None" is checked, the rest of § 3.C need not be completed or reproduced.*

4

## 4. UNSECURED CLAIMS

A. **Claims of Unsecured Nonpriority Creditors Specially Classified.** Check one of the following two lines:

   __x__ None. *If "None" is checked, the rest of § 4.A need not be completed or reproduced.*

B. **Remaining allowed unsecured claims will receive a pro-rate distribution of funds remaining after payment of other classes.**


## 5. EXECUTORY CONTRACTS AND UNEXPIRED LEASES. *Check one of the following two lines:*

   ____ None. *If "None" is checked, the rest of § 5 need not be completed or reproduced.*

   __X__ The following contracts and leases are assumed (and arrears in the allowed claim to be cured in the plan) or rejected:

| Name of Other Party | Description of Contract or Lease | Monthly Payment | Interest Rate | Estimated Arrears | Total Plan Payment | Assume or Reject |
|---|---|---|---|---|---|---|
| TOYOTA FINANCIAL SERVICES | 2016 Toyota Corolla | Pay direct outside of plan | % | $ 0 | $0 | Assume |


## 6. VESTING OF PROPERTY OF THE ESTATE.

**Property of the estate will vest in the Debtor upon**

*Check the applicable line:*

__X__ plan confirmation.
_____ entry of discharge.
_____ closing of case.


## 7. DISCHARGE (Check One)

( **X** ) The debtor will seek a discharge pursuant to §1328(a).

(   ) The debtor is not eligible for a discharge because the debtor has previously received a discharge described in §1328(f).

5

Case 5:18-bk-00755-RNO   Doc 11   Filed 02/28/18   Entered 02/28/18 12:30:47   Desc
Main Document    Page 5 of 6
Case 5:18-bk-00755-RNO   Doc 21   Filed 04/13/18   Entered 04/14/18 00:44:26   Desc
Imaged Certificate of Notice    Page 7 of 8

## 8. ORDER OF DISTRIBUTION:

If a pre-petition creditor files a secured, priority, or specially classified claim after the bar date, the Trustee will treat the claim as allowed, subject to objection by the Debtor.

Payments from the plan will be made by the Trustee in the following order:
Level 1: _____
Level 2: _____
Level 3: _____
Level 4: _____
Level 5: _____
Level 6: _____
Level 7: _____
Level 8: _____

If the above Levels are filled in, the rest of § 8 need not be completed or reproduced. If the above Levels are not filled- in, then the order of distribution of plan payments will be determined by the Trustee using the following as a guide:

Level 1: Adequate protection payments.
Level 2: Debtor's attorney's fees.
Level 3: Domestic Support Obligations.
Level 4: Priority claims, pro rata.
Level 5: Secured claims, pro rata.
Level 6: Specially classified unsecured claims.
Level 7: Timely filed general unsecured claims.
Level 8: Untimely filed general unsecured claims to which the Debtor has not objected.

## 9. NONSTANDARD PLAN PROVISIONS

Include the additional provisions below or on an attachment. Any nonstandard provision placed elsewhere in the plan is void. (NOTE: The plan and any attachment must be filed as one document, not as a plan and exhibit).

A. The obligation to Quicken Loans, which is secured by property in which Debtor's nonfiling spouse has an interest, will be paid by the nonfiling spouse outside of the plan.

Dated: 2/27/18

Attorney for Debtor

John E. Redman III

By filing this document, the debtor, if not represented by an attorney, or the Attorney for Debtor also certifies that this plan contains no nonstandard provisions other than those set out in §9.

6