Certificate Number: 17572-PAM-DE-031139954

Bankruptcy Case Number: 18-00755


17572-PAM-DE-031139954

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on June 5, 2018, at 6:49 o'clock PM PDT, John E Redman III completed a course on personal financial management given by internet by Dollar Learning Foundation, Inc., a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: June 5, 2018        By:    /s/Judy Alexander

                          Name:  Judy Alexander

                          Title: Counselor