Local Bankruptcy Form 2016-2(c)
# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

John E. Redman, III,

    Debtor

Case No. 5-18-bk-00755-RNO

Ch. 13

### Request for Payment of Chapter 13 Compensation and Expenses

**Instructions:** Complete **Part A** for payment of the presumptively reasonable fee, as described in L.B.R. 2016-2(c), being paid through a Chapter 13 Plan and reimbursement of expenses. Complete **Part B** for payment of compensation and reimbursement of expenses awarded by separate Court Order. Complete **Part C** for all requests for payment of compensation and reimbursement of expenses.

A. Presumptively reasonable fees under LBR. 2016-2(c)
1. Amount agreed to by debtor     $
2. Less amount paid to attorney prior to filing petition     $
3. Balance of compensation to be paid through plan distributions     $
4. Expenses advanced to be paid through plan distributions:
   (describe expense and amount)     $

B. Compensation and reimbursement of expenses allowed upon application and order under LBR 2016-2(a)
1. Retainer received     $ 850.00
2. Compensation earned prepetition and paid to attorney prior to filing petition     $
3. Expenses reimbursed prepetition     $
4. Balance in retainer after deduction of prepetition compensation and expenses     $
5. Compensation and expenses approved by the Court to be paid through plan distributions less balance in client trust account     $ 5,814.10

C. The undersigned hereby requests payment through the plan for Compensation and reimbursement of expenses under 11 U.S.C. § 503(b)(20 in the following amount based on the information above:     $ 4,964.10

Dated: July 16 2018

/s/ *Lisa M. Doran*
Attorney for Debtor