```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
```

In re:                                                              Case No. 18-00755-RNO
John E. Redman, III                                                 Chapter 13
       Debtor
                            **CERTIFICATE OF NOTICE**

District/off: 0314-5        User: AutoDocke          Page 1 of 1          Date Rcvd: Aug 11, 2020
                            Form ID: pdf010          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 13, 2020.
db              John E. Redman, III,    802 Kashmer St,    Peckville, PA  18452-2116

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                       TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                       TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 13, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 11, 2020 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              James    Warmbrodt     on behalf of Creditor    Toyota Motor Credit Corporation bkgroup@kmllawgroup.com
              James    Warmbrodt     on behalf of Creditor    Toyota Lease Trust bkgroup@kmllawgroup.com
              James    Warmbrodt     on behalf of Creditor    Quicken Loans Inc. bkgroup@kmllawgroup.com
              Jodi L Hause    on behalf of Creditor    Wells Fargo Bank, N.A. jodi.hause@phelanhallinan.com,
               pamb@fedphe.com
              Lisa M. Doran     on behalf of Debtor 1 John E. Redman, III ldoran@doranandoran.com
              United States Trustee     ustpregion03.ha.ecf@usdoj.gov
                                                                                            TOTAL: 7

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:
: Case No. 5-18-bk-00755-RNO
**John E. Redman, III,**
: Ch. 13
Debtor

**ORDER APPROVING COMPENSATION OF DORAN & DORAN, P.C. AS COUNSEL TO THE DEBTOR**

AND NOW upon consideration of the Second Interim Fee Application of Counsel to the Debtor and no objections having been filed to the notice of the application, it is hereby

ORDERED and DECREED that the law firm of Doran & Doran, P.C. be allowed compensation in the amount of $1,510.50 and reimbursement of expenses in the amount of $95.45.

Dated: August 11, 2020

By the Court,

_____
Robert N. Opel, II, Bankruptcy Judge  (BI)