# Doran & Doran, P.C.
### Attorneys at Law

69 Public Square, Suite 700
Wilkes-Barre, PA 18701-2588
Telephone: 570-823-9111
Fax: 570-829-3222
www.dorananddoran.com

John H. Doran, Esquire
jdoran@dorananddoran.com
Lisa M. Doran, Esquire
ldoran@dorananddoran.com

Wm. N. Reynolds (1847-1936)
Wm. N. Reynolds, Jr. 1874-1957)
Robert J. Doran (1895-1962)

September 4, 2020

Clerk US Bankruptcy Court
197 South Main Street
Wilkes-Barre, PA 18702

RE: John E. Redman, III aka John E. Redman – Bk. Case No. 5:18-bk-00755 – Ch. 13

Dear Clerk:

Please change the address for the following creditor in the above captioned case.

NET Federal Credit Union
119 Mulberry Street
Scranton, PA 18503

Yours truly,

Lisa M. Doran
ldoran@dorananddoran.com

ete