# UNITED STATES BANKRUPTCY COURT
## Middle District of Pennsylvania

**In re:**

John E. Redman, III

**Case No.:** 1800755

**Chapter:** 13

### NOTICE OF WITHDRAWAL OF NOTICE OF MORTGAGE PAYMENT CHANGE
### CLAIM  4

Now comes Wells Fargo Bank, N.A., and hereby withdraws its Notice of Mortgage Payment Change which was filed in this Court on 12/03/2020. The Notice of Mortgage Payment Change ("Notice") is being withdrawn as it was inadvertently filed.

Respectfully submitted,

/s/Rosemary Allen

Execution Date: 12/30/2020

VP Loan Documentation

Wells Fargo Bank, N.A.

MAC N9286-01Y

1000 Blue Gentian Road

Eagan MN 55121-7700

800-274-7025

NoticeOfPaymentChangeInquiries@wellsfargo.com

# UNITED STATES BANKRUPTCY COURT

Middle District of Pennsylvania

Chapter 13 No. 1800755
Judge: Robert N. Opel II

In re:
John E. Redman, III

Debtor(s).

## CERTIFICATE OF SERVICE

I hereby certify that this Notice, including all attachments, is being served on or before December 31, 2020 via filing with the US Bankruptcy Court's CM ECF system or by mailing or providing a copy of this document to a vendor for mailing: By U.S. Postal Service First Class Main Postage Prepaid or FedEx.

**Debtor:**

By U.S. Postal Service First Class Mail Postage Prepaid or FedEx

John E. Redman, III
802 Kashmer St

Peckville PA 18452-2116

By U.S. Postal Service First Class Mail Postage Prepaid or FedEx

N/A

**Debtor's Attorney:**

By Court's CM/ECF system registered email address

Lisa M. Doran
Doran & Doran, P.C.
69 Public Square, Suite 700

Wilkes-Barre PA 18701

By Court's CM/ECF system registered email address

N/A

**Trustee:**

By Court's CM/ECF system registered email address

Charles J DeHart, III (Trustee)

8125 Adams Drive, Suite A

Hummelstown PA 17036

/s/Rosemary Allen

VP Loan Documentation