Fill in this information to identify the case:

Debtor 1    JOHN E. REDMAN, III

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the: Middle District of Pennsylvania

Case number 5:18-bk-00755-MJC

Form 4100R
### Response to Notice of Final Cure Payment                                  10/15

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

### Part 1: Mortgage Information

**Name of Creditor:** Wells Fargo Bank, N.A.

**Court claim no.** (if known): 4

**Last 4 digits** of any number you use to identify the debtor's account: 8885

**Property address:** 802 Kashmer Street
Number  Street
*Peckville, PA 18452
City     State    ZIP Code

### Part 2: Prepetition Default Payments

*Check one:*

☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:  $ _____

### Part 3: Postpetition Mortgage Payment

*Check one:*

☒ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on: 01/01/2023
MM/DD/YYYY

☐ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total postpetition ongoing payments due: (a) $ _____

b. Total fees, charges, expenses, escrow, and costs outstanding: +(b) $ _____

c. **Total**. Add lines a and b. (c) $ _____

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on: _____
MM/DD/YYYY

Debtor1   JOHN E. REDMAN, III                      Case number *(if known)* 5:18-bk-00755-MJC
            First      Middle      Last

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box::*

☐ I am the creditor.
☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

✗ /s/Mario Hanyon        Date 12/13/2022
     Signature

Print    Mario Hanyon                           Title    Attorney
        First Name    Middle Name    Last Name

Company    Brock & Scott, PLLC

**If different from the notice address listed on the proof of claim to which this response applies:**

Address    8757 Red Oak Blvd., Suite 150
        Number      Street

        Charlotte, NC 28217
        City                 State      ZIP Code

Contact phone    844-856-6646    Email PABKR@brockandscott.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
*Wilkes-Barre Division*

| | |
|---|---|
| IN RE:<br>JOHN E. REDMAN, III aka John E. Redman<br><br>Wells Fargo Bank, N.A.,<br>    Movant<br><br>vs.<br><br>JOHN E. REDMAN, III aka John E. Redman ,<br>    Debtor | Case No. 5:18-bk-00755-MJC<br>Chapter 13 |

## CERTIFICATE OF SERVICE

    I, the undersigned, hereby certify that a true and exact copy of the foregoing Response To Notice Of Final Cure Payment has been electronically served or mailed, postage prepaid on this day to the following:

JOHN E. REDMAN, III
802 KASHMER ST
PECKVILLE, PA 18452-2116

LISA M DORAN, Debtor's Attorney
69 PUBLIC SQUARE SUITE 700
DORAN & DORAN, P.C.
Wilkes Barre, PA 18701

Jack N Zaharopoulos (Trustee), Bankruptcy Trustee
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036

Assistant US Trustee , US Trustee
United States Trustee
228 Walnut Street, Suite 1190
Harrisburg, PA 17101

<u>December 13, 2022</u>

                                                  <u>/s/Mario Hanyon</u>
                                                  Andrew Spivack, PA Bar No. 84439
                                                  Matt Fissel, PA Bar No. 314567
                                                  Mario Hanyon, PA Bar No. 203993
                                                  Ryan Starks, PA Bar No. 330002
                                                  Jay Jones, PA Bar No. 86657
                                                  Attorney for Creditor
                                                  BROCK & SCOTT, PLLC
                                                  8757 Red Oak Boulevard, Suite 150
                                                  Charlotte, NC 28217
                                                  Telephone: (844) 856-6646
                                                  Facsimile: (704) 369-0760
                                                  E-Mail: PABKR@brockandscott.com